UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 1:07cr96-01 & 02

        -vs-        HON. JACK ZOUHARY

ANTWION LASHAE GILLESPIE &
SAM JUWAN SHANNON,

        Defendants.

## **ORDER**

The Court has reviewed the Report and Recommendations filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties and no objections were made within the required time.

THEREFORE , IT IS ORDERED

1. The Report and Recommendations of the Magistrate Judge filed 9/7/2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Antwion Gillespie's plea of guilty to Count 1 of the Indictment is accepted and Defendant Sam Shannon's plea of guilty to Count 1 of the Superseding Felony Information is accepted.

Defendants are adjudicated guilty.

3. Acceptance of any written plea agreement will be decided at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. (See USSG. Ch.6).

4. **Sentencing dates of December 10, 2007 at 1:30 p.m. as to defendant Gillespie and December 10, 2007 at 2:30 as to defendant Shannon at 499 Federal Building, Grand Rapids, Michigan, before the Honorable Jack Zouhary are hereby confirmed.**

IT IS SO ORDERED.

                      *s/ JACK ZOUHARY    10/18/07*
                      United States District Judge